```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     Civ. No. 05-10839-JLT
     v.                       )
                              )     (related to
                              )     CRIMINAL NO. 01-10410-JLT)
SCOTT M. CUMMINGS             )
```

### MOTION FOR APPOINTMENT OF THE FEDERAL DEFENDER OFFICE

Pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3006A(a)(2)(B), undersigned counsel respectfully moves this Court to appoint the Federal Defender Office to represent Scott Cummings in the matter of the 28 U.S.C. § 2255 petition docketed on April 18, 2005.

As grounds for this motion, undersigned counsel represented defendant in the underlying conviction and sentencing. Defendant remains indigent. In his petition, defendant raises an important Sixth Amendment claim arising from the Supreme Court's decision in United States v. Booker, 125 S.Ct. 738 (2005). Appointment of counsel is in the interests of justice. See 18 U.S.C. § 3006A(a)(2)(B).

```
                              RESPECTFULLY SUBMITTED,

                              /s/ J. Martin Richey

                              J. Martin Richey
                               B.B.O. #559902
                              Federal Defender Office
                              408 Atlantic Ave., Third Floor
                              Boston, MA  02110
                              (617) 223-8061
May 13, 2005
```