UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civ. No. 05-10839-JLT |
| v. ) | |
| ) | (related to |
| ) | CRIMINAL NO. 01-10410-JLT) |
| SCOTT M. CUMMINGS ) | |

MOTION TO WITHDRAW MOTION FOR APPOINTMENT OF
THE FEDERAL DEFENDER OFFICE

Undersigned counsel respectfully moves this Court to allow him to withdraw his motion to appoint the Federal Defender Office to represent petitioner Scott Cummings in the above-captioned matter. As grounds for this motion, a conflict of interest exists which renders undersigned counsel's appointment inappropriate.

RESPECTFULLY SUBMITTED,

/s/ J. Martin Richey

J. Martin Richey
 B.B.O. #559902
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
(617) 223-8061

June 8, 2005