29 November 2005                CM RRR #7000 1670 0004 3962 1905

Clerk, U.S. District Court
U.S. Courthouse
One Courthouse Way
District of Massachusetts
Boston, Mass 02210

FILED
CLERKS OFFICE
2005 DEC -2  A 10: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re:  USA v. SCOTT MARTIN CUMMINGS
     No.  CR-01-10410-JLT
          CV-05-10839-JLT

Dear Clerk,

Today I received a letter from an attorney (Mr. Kevin Lawrence Barron) stating that the Clerk of the Magistrate asked him to pursue my §2255. (see attached copy).

Please be advised that if this actually happened, please send me a copy of the order so that I may file an opposing motion. Furthermore, please be advised that I do not wish to have Mr. Barron's representation nor do I wish for him to file ANY MOTION'S or AMENDMENT'S on my behalf.

As always, I wish to thank you in advance for your time and help in this matter.

                                   Sincerely,

                                   /s/ Scott Cummings
                                   ─────────────────────────
                                   SCOTT MARTIN CUMMINGS #13625-179
                                   FEDERAL CORRECTION INSTITUTE
                                   POST OFFICE BOX 9000
                                   SEAGOVILLE, TEXAS 75159

# KEVIN LAWRENCE BARRON
ATTORNEY AT LAW

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

November 25, 2005

**SPECIAL MAIL; LAWYER-CLIENT LETTER**
**OPEN IN PRESNECE OF INMATE ONLY**
Mr. Scott Cummings No. 13625-179
FCI SEAGOVILLE
P.O. BOX 9000
SEAGOVILLE, TX 75159

RE:   *Cummings v. US*, No. 1:05-cv-10839-JLT
      *US v. Cummings*, No. 1:01-cr-10410-JLT

Dear Mr. Cummings:

The magistrate's clerk has asked me to pursue your §2255 petition and I have agreed. I have obtained many of the necessary documents through the CM/ECF already and shall review the paper files in person on the 29th or 30th next week.

The government is making a pro forma failure-to-state-a-claim motion. We probably ought to try to amend your ineffectiveness claim to state it more specifically. Your certificate of service attached to the 2255 petition tells me you filed under the mailbox rule with two days to spare, so the government will oppose any substantive amendments as a violation of AEDPA. Rule 60 motions to amend tend to be a battle.

As for your *Booker* and *Blakely* claims, courts in the First Circuit are all denying collateral relief unless the error was preserved on direct appeal. I disagree with the rational that *Teague* applies, but the courts are not listening. The First Circuit was calling *Apprendi* appeals frivolous. Now that *Booker* says those appeals were correct, cause and prejudice exist (See, *Bouley*) to allow the claim on collateral review. In the end, however, if the courts are denying relief, it does not matter whether they are doctrinally correct.

Sincerely,

*Kevin Barron*

Kevin Barron
KB