Clerk, U.S. District Court
One Courthouse Way
District Of Massachusetts
Boston, MA            02210

Re: U.S.A. v. Scott Martin Cummings
    No. CR-01-10410-(JLT)
    No. CV-05-10839-(JLT)

December 6, 2005

Dear Clerk of the Court:

On November 29, 2005, I sent the Court a letter stating that I no longer wanted the services of Mr. Kevin Lawrence Barron. I did not, at that time, need his services on the § 2255 motion that I presently have before the Court. Circumstances have now changed and I would like to retract that letter.

At that time I was under the impression that Mr. Barron's services might have caused a conflict of interest with relation to another matter. That November 29th letter was a result of that misunderstanding and no longer applies to the motion before the Court. I do now request his representation.

I do apoligize for any inconvenience I might have caused the Court.

Very truly yours,

Scott Martin Cummings
#13625-179
Federal Correstional Institution
Post Office Box 9000
Seagoville, Texas            75159