Clerk, U.S. District Court
District Of Mssachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA           02210

April 6, 2006

Docket No. <u>05-10839</u> (JLT)

Dear Clerk Of The Court:

I am presently in litigation with the above captioned § 2255 motion; it was filed on April 18, 2005.

I will be needing additional documents to respond to certain government allegations and to supplement the motion presently before the Court. Those documents are;

    # 1. A copy of the minutes with reference to my plea on January 29, 2004,

    # 2. and a copy of my sentencing minutes on April 13, 2004.

For the Clerk's information, I have been granted in forma pauperis status so that I may further proceed with my § 2255 motion.

Thank you.

                                      Very truly yours,

                                      Scott Cummings (Bldg. 54)
                                      # 13625-179
                                      P.O. Box 9000
                                      Seagoville, Texas   75159

[Stamp: FILED IN CLERKS OFFICE 2006 APR 10 P 12:43 U.S. DISTRICT COURT DISTRICT OF MASS]