# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

June 8, 2006

The Hon. Joseph Tauro, USDCJ
c/o Mrs. Zita Lovett, Clerk
One Courthouse Way - 2nd Fl.
Boston, MA 02210

ELECTRONIC FILING

RE:   *Cummings v. US*, No. 1:05-cv-10839-JLT
      *US v. Cummings*, No. 1:01-cr-10410-JLT

Dear Judge Tauro:

Thank you for scheduling a hearing in this post-conviction matter on June 20, 2006. The government has moved to dismiss and the defense understands that the motion to dismiss is the motion to be heard on the 20th. This letter asks whether the Court intends to take evidence at that hearing.

Counsel believes a triable issue may exist whether trial counsel failed to file a notice of appeal at the defendant's instruction. The petition seeks a finding of ineffective assistance on that basis. The petition seeks reinstatement of the appeal and an eventual resentencing under Booker. On its face, the petitioner's *Antonakopoulos* claim appears to have merit because the co-defendant was convicted after trial of this pharmacy robbery and received the same sentence the petitioner received on a plea. *US v. Antonakopoulos,* 399 F.3d 68 (1 Cir. 2005).

Given the foregoing (and without further arguing Mr. Cummings' case), counsel asks whether the Court wishes to take evidence or simply to argue the motion and leave the evidentiary questions for further hearing.

Respectfully,

/s/ *Kevin Barron*

Kevin Barron
KB
cc:  AUSA Gregory Moffat, Esq.