UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT M. CUMMINGS,                    *
                                      *
              Petitioner,             *
                                      *
       v.                             *        Civil Action No. 05-10839-JLT
                                      *
UNITED STATES OF AMERICA,             *
                                      *
              Respondent.             *

ORDER

June 20, 2006

TAURO, J.

       After a Motion Hearing held on June 20, 2006, this court hereby orders that:

1.     The Government's Motion to Dismiss Scott M. Cummings's Motion to Vacate,
       Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 [# 3] is DENIED
       WITHOUT PREJUDICE to raising the issue after discovery;

2.     Both Parties may depose the following: (1) Petitioner Scott M. Cummings; and (2)
       Petitioner's former trial counsel, J. Martin Richey;

3.     The Parties shall complete the abovementioned depositions by August 31, 2006;
       and

4.     A Conference will be held on September 21, 2006 at 10:00 a.m.

IT IS SO ORDERED.


                                         ____/s/ Joseph L. Tauro____
                                         United States District Judge