```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
SCOTT M. CUMMINGS,              )
                                )
            Petitioner,         )
v.                              )   Crim. No. 05-10839-JLT
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )
_____)


NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and notices her appearance in the above-captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:   /s/ B. Stephanie Siegmann
                             B. STEPHANIE SIEGMANN
                             Assistant U.S. Attorney
                             617-748-3191

DATED: August 9, 2006

CERTIFICATE OF SERVICE

This is to certify that I have on this 9th day of August 2006 served upon the person listed below a copy of the foregoing document by electronic filing:

        Kevin L. Barron, Esq.

                                      /s/ B. Stephanie Siegmann
                                      B. STEPHANIE SIEGMANN