UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

SCOTT M. CUMMINGS,

        Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　Action No. 1:05-cv-10839-JLT

UNITED STATES of AMERICA,

        Respondent.

PETITIONER'S MOTION TO DISMISS ACTION

N O W  C O M E S petitioner, Scott M. Cummings, by his counsel, and moves for an order dismissing this action on that grounds that, after consultation with counsel concerning the process of civil discovery, Mr. Cummings consents to voluntary dismissal of this action with prejudice. The government does not oppose this motion, consents to entry of an order of dismissal and waives sanctions against the petitioner.

        Dated this 29th day of August, 2006 at Boston, Massachusetts.

        /s./ Kevin L. Barron
        Kevin L. Barron BBO 550712
        Attorney for Scott Cummings
        25 CHANNEL CNTR ST 408
        BOSTON MA 02210-3416
        Tel. No. 617.737.1555
        Fax No. 617.517.7711
        Mobile  617.407.6837
        kevin.barron@mac.com

CERTIFICATE

Counsel certifies that he has served AUSA Stephanie Siegmann with a true copy of this motion today, August 29, 2006, by serving a true copy of the same by the CM/ECF of this District. Counsel certifies further that no other party requires service by mail or other means. Dated this 29th day of August, 2006.

        /s./ Kevin L. Barron
        Kevin L. Barron BBO 550712